Brian N. **WRIGHT**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 60388.

Missouri Court of Appeals,
Western District.

April 2, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Susan Lynn Hogan, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, John Munson Morris and Nicole E. Gorovsky, Assistant Attorneys General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Brian Wright appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Wright was originally charged with second degree murder, § 565.021, RSMo 2000,[1] and armed criminal action, § 571.015, RSMo. The State charged that Wright caused the death of James Sutton by striking him on the head with a beer bottle. We affirm. Rule 84.16(b).

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting

---

1. All statutory references are to RSMo 2000 unless otherwise indicated.

the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.